**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

SIERRA CLUB,

      Plaintiff,

v.

VIRGINIA ELECTRIC AND POWER
COMPANY d/b/a DOMINION VIRGINIA
POWER,

      Defendant.

Civil Action No. 2:15-cv-112-RAJ-DEM

## DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL

Defendant Virginia Electric and Power Company d/b/a Dominion Virginia Power

("Dominion"), by counsel, hereby moves the Court to file under seal the following documents:

- Dominion's Memorandum In Support of Motion *In Limine* To Exclude Certain Irrelevant Evidence, and Exhibits A, C Part One, D, and E, thereto.

In support of this Motion, Dominion submits contemporaneously herewith a

nonconfidential Memorandum in Support of Motion to File Documents Under Seal, along with a

proposed Order.

Dated: May 27, 2016

Respectfully,

By:         /s/ Laura Anne Kuykendall
      Of Counsel

Brooks M. Smith (VSB No. 40171)
Dabney J. Carr, IV (VSB No. 28679)
Miranda R. Yost (VSB No. 72711)
Megan C. Rahman (VSB No. 42678)
Laura Anne Kuykendall (VSB No. 82318)
**TROUTMAN SANDERS LLP**

P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1200
(804) 697-1339 (fax)
brooks.smith@troutmansanders.com
dabney.carr@troutmansanders.com
miranda.yost@troutmansanders.com
megan.rahman@troutmansanders.com
la.kuykendall@troutmansanders.com

*Counsel for Defendant Virginia Electric and Power
Company d/b/a Dominion Virginia Power*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2016,  I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which then will send automatic notification of such filing (NEF) to the following:

>Deborah M. Murray
>Bradford T. McLane
>Christopher J. Bowers
>Gregory Buppert
>William C. Cleveland
>Southern Environmental Law Center
>201 West Main Street, Suite 14
>Charlottesville, VA 22902-5065
>dmurray@selcva.org
>bmclane@selcva.org
>gbuppert@selcva.org

>_____/s/_____
>Laura Anne Kuykendall (VSB No. 82318)
>**TROUTMAN SANDERS LLP**
>P. O. Box 1122
>Richmond, Virginia 23218-1122
>Telephone: (804) 697-1200
>Facsimile: (804) 697-1339
>la.kuykendall@troutmansanders.com

>*Counsel for Defendant Virginia Electric
>and Power Company d/b/a Dominion
>Virginia Power*