IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SIERRA CLUB,

    Plaintiff,

v.                                    Civil Action No. 2:15-CV-112

VIRGINIA ELECTRIC AND POWER
COMPANY d/b/a DOMINION VIRGINIA
POWER,

    Defendant.

## FINAL ORDER

    This matter comes before the Court on the Court's Orders dated March 23, 2017, and July 13, 2017 (Dk. Nos. 196, 213.) Those Orders resolved all of the claims in the case and constitute the final judgment of the Court. The Court maintains jurisdiction over the injunctive relief ordered on July 13, 2018.

    It is so ORDERED. The Court DIRECTS the Clerk to close this case.

    Let the Clerk send a copy of this Order to all counsel of record.

Date: February 12, 2018
Richmond, VA

                                              /s/
                              John A. Gibney, Jr.
                              United States District Judge